FRANK N. DARRAS #128904, Frank@diattorney.com
PHILLIP S. BATHER #273236, Phil@diattorney.com

**DarrasLaw**

4686 Ontario Mills Parkway, Suite 201
Ontario, California 91764
Telephone:  (800) 458-4577
Facsimile:   (909) 974-2121

Attorneys for Plaintiff
JOHN DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No:<br><br>PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM<br><br><br>Date Action Filed: February 5, 2025 |

Plaintiff, John Doe ("Plaintiff"), by and through his counsel of record, hereby moves for a motion to proceed under a pseudonym as follows:

Plaintiff is a licensed pharmacist.  Plaintiff submitted a claim for Long Term Disability benefits related to his significant sleep issues and the resulting cognitive impairments.  Plaintiff has sought to file this action under a pseudonym as there is significant concern as to the harm the disclosure of his private health conditions would have on his personal and professional reputation.

In addition, Defendant is not prejudiced in allowing this action to proceed under a pseudonym as Plaintiff is easily identifiable to Defendant based on the

claim number associated with the Long Term Disability claim as stated in the Complaint.

    As such, there is no overriding interest in disclosing Plaintiff's name as part of this filing. Therefore, as good cause exists to allow this action to proceed under a pseudonym in order to protect Plaintiff's private health conditions, and we hereby respectfully request the Court grant Plaintiff's motion to proceed under a pseudonym.

Dated: February 6, 2025

    */s/ Phillip S. Bather*
FRANK N. DARRAS
PHILLIP S. BATHER
Attorneys for Plaintiff
JOHN DOE